# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DANIEL WARREN, | : | No. 118 MM 2018 |
| Petitioner | : | |
| v. | : | |
| JOSH SHAPIRO, KENNETH L. JOEL, CALEB C. ENERSON, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of September, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief, the Petition for Writ of Prohibition, the Application for Relief in the Nature of a Stay, and the Application for Leave to File a Response are DENIED.